# Third District Court of Appeal

## State of Florida

Opinion filed February 19, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1996
Lower Tribunal No. 23-15113
_____

**Janet L. Schmidt, et al.,**
Appellants,

vs.

**Stokes McMillan Antúnez Martinez-Lejarza, P.A.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Janet L. Schmidt (Dagsboro, DE), for appellants.

Stokes McMillan Antúnez Martinez-Lejarza, P.A., and Kimberly A. Martinez-Lejarza, for appellee.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. See Linden v. Auto Trend, Inc., 923 So. 2d 1281, 1281–82

(Fla. 4th DCA 2006) ("We affirm, finding that at the hearing on the motion to

compel arbitration, appellant failed to demonstrate that an evidentiary hearing was required to resolve the motion.").